PETER J. SALMON (SBN 174386)
THOMAS N. ABBOTT (SBN 245568)
PITE DUNCAN, LLP
4375 JUTLAND DRIVE, SUITE 200
SAN DIEGO, CA 92177-0935
TELEPHONE: (858) 750-7600
FACSIMILE: (619) 590-1385
E-Mail: tabbott@piteduncan.com

Attorneys for Defendants JPMORGAN CHASE BANK, N.A., as acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank; CHASE HOME FINANCE, LLC; and FEDERAL HOME LOAN MORTGAGE CORPORATION

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| FAIZ A. JAHANI, an individual, and KHADIJA JAHANI, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>JP MORGAN CHASE BANK, As Successor in Interest to, and d/b/a, WASHINGTON MUTUAL BANK, FA, and d/b/a CHASE HOME FINANCE, LLC; FEDERAL HOME LOAN MORTGAGE CORPORATION; QUALITY LOAN SERVICE CORPORATION, JEFFERY SCOTT STRACHAN; RUDOLFP TAN OMEGA; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:11-cv-00577-WBS -JFM<br><br>HON. WILLIAM B. SHUBB<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS BY DEFENDANTS JPMORGAN CHASE BANK, N.A.; CHASE HOME FINANCE, LLC; AND FEDERAL HOME LOAN MORTGAGE CORPORATION TO THE COMPLAINT OF PLAINTIFFS FAIZ A. JAHANI AND KHADUA JAHANI**<br><br>[Fed. R. Civ. P. 12(b)(1) and 12(b)(6)]<br><br>Complaint Filed: February 1, 2011<br>Trial Date: None set<br><br>Date: May 9, 2011<br>Time: 2:00 p.m.<br>Ctrm: 5, 14th floor<br><br>[Filed concurrently with Memorandum of Points and Authorities; Request for Judicial Notice] |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on May 9, 2011, at 2:00 p.m., or as soon thereafter as the parties may be heard, in Courtroom 5 on the 14th floor of the above entitled Court Defendants JPMORGAN CHASE BANK, N.A., as acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation, as Receiver for Washington Mutual

1. Bank ("JPMC"); CHASE HOME FINANCE, LLC ("Chase"); and FEDERAL HOME LOAN
2. MORTGAGE CORPORATION ("Freddie Mac") (collectively, "Defendants") will and hereby move
3. to dismiss the Complaint of FAIZ A. JAHANI and KHADIJA JAHANI ("Plaintiffs") pursuant to
4. Rule 12(b)(6) of the Federal Rule of Civil Procedure on the grounds the Complaint fails to state a
5. claim upon which relief may be granted.
6.     The motion will be based on this Notice of Motion and Motion, the Memorandum of Points
7. and Authorities filed herewith, the Request for Judicial Notice filed herewith, and the pleadings and
8. papers filed herein.

Respectfully submitted,

10. Dated: April 4, 2011      PITE DUNCAN, LLP

12. /s/ Thomas N. Abbott
THOMAS N. ABBOTT
Attorneys for Defendants JPMORGAN CHASE BANK, N.A., as acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank; CHASE HOME FINANCE, LLC; and FEDERAL HOME LOAN MORTGAGE CORPORATION